AO91 (Rev. 11/11) Criminal Complaint

# United States District Court

for the

Southern District of Texas

UNITED STATES OF AMERICA )
V. )
**Jessie Doria THOMAS** ) Case Number:
**Laredo, TX** )
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 24, 2021** (Date) in the county of **Webb** in the **Southern** District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 8 United States Code, Section 1324 | **Knowing and in reckless disregard of the fact that a certain alien had come to, entered, and remained in the United States in violation of law, did transport and move, attempt to transport and move, and conspire to transport and move such alien within the United States, by means of transportation and otherwise, in furtherance of such violation of law.** |

This criminal complaint is based on these facts:

See attachment "A".

[X] Continued on the attached sheet.

/s/ Alonzo Salinas III
Complainant's Signature

**Alonzo Salinas, III, Special Agent**
Printed Name and Title

Sworn to before me and signed in my presence,

Date: **March 29, 2021**

Judge's Signature

City and State: Laredo, Texas

**Diana Song Quiroga, U.S. Magistrate Judge**
Printed Name and Title

UNITED STATES OF AMERICA **Page 2**
V.
**Jessie Doria THOMAS**

**[CONT OF BASIS OF COMPLAINT]**

1. On March 24, 2021, Homeland Security Investigations (HSI) Special Agents (SAs) responded to the Laredo North Border Patrol checkpoint located at mile marker 29 on Interstate Highway-35 (IH-35) north of Laredo, Texas, for a human smuggling event involving one (1) principal and one hundred and twenty three (123) undocumented individuals (UDIs). Border Patrol Agents (BPAs) stated the following:

2. At approximately 7:50 p.m. a Border Patrol Agent (BPA) working his assigned duties at the tractor-trailer primary inspection lane was approached by a white in color International tractor bearing Texas tags R09-6405 hauling a white in color trailer. Upon approach, the BPA noticed the tractor resembled similar characteristics to information received earlier in the shift regarding a possible smuggling attempt. The BPA greeted the driver, later identified as Jessie Doria TOMAS and asked him if he knew what he was hauling. THOMAS muttered an answer that was not understood. The BPA notified a BPA Canine Handler to run a canine screen on the tractor-trailer. While at primary inspection, a BPA canine alerted to concealed humans and/or the odors of narcotics and drafted towards the trailer. The BPA Canine Handler notified the BPA on primary inspection to refer the tractor-trailer to secondary inspection. THOMAS was then referred to secondary inspection.

3. During secondary inspection, the BPA Canine Handler performed a canine search of the tractor-trailer. The service canine alerted and drafted to the rear of the trailer and performed a sit indication. A BPA used bolt cutters to break the seal of the trailer and opened the trailer doors. BPAs discovered several individuals concealed inside the trailer. BPAs conducted immigration inspections on one hundred and twenty-three (123) individuals which revealed all individuals to be illegally present in the United States. All undocumented individuals along with Jessie Doria Thomas were escorted inside the Laredo North Border Patrol Checkpoint for processing.

4. During a post-Miranda interview, THOMAS stated a known subject called him earlier that day and offered him a job to transport a tractor-trailer from a yard in Laredo, Texas and drop it off at the Fuel America Travel Center off of Interstate Highway-35 (IH-35). THOMAS stated he picked up the tractor-trailer that was left running from the side of the road in the Mines Rd. area and proceeded to the checkpoint. THOMAS stated he was going to drop it off at the Fuel America Travel Center where an unknown subject would takeover and transport it to Austin, Texas. THOMAS stated he was going to get paid one hundred ($100) USD for the pickup and drop off of the tractor-trailer. During the collection of biographical information, THOMAS stated he has been a truck driver for twenty seven (27) years and stated he did not verify the Bill of Lading or check the trailer when he picked up the tractor-trailer. THOMAS stated he did not know what he was hauling and was not aware he was transporting undocumented individuals concealed inside the trailer.

5. Agents reviewed the Bill of Lading that was found inside the tractor THOMAS was operating and discovered that the business address and phone number for the shipper allegedly in Laredo, Texas was non-existent. Agents also observed that the Bill of Lading was not current noting the date of August 19, 2020 on the second page of the document.

6. HSI SAs identified and interviewed three (3) material witnesses: Sylvia Azusena LUNA-Pacheco, Elvia Maribel CERVANTES-Quej and Rigoberto MEJIA-Torrijos. all foreign nationals of Mexico and Guatemala admitted to illegally entering the United States by crossing the Rio Grande River to then be smuggled to various cities within the United States for various amounts of money. All three subjects will be held as material witnesses in this case. Neither material witness was able to identify THOMAS as the driver. One of the material witnesses stated they saw a short male subject with tattoos wearing a face mask close the trailer doors. The material witness stated approximately fifteen (15) minutes later the tractor-trailer went mobile after the trailer doors were closed by the

unknown male subject. The second material witness stated they arrived at a warehouse location and were instructed by an unknown male subject to enter the tractor-trailer. The material witness stated they noticed the tractor's engine running and was slightly in front of the trailer and not hooked up to the trailer. The material witness stated moments later they felt the tractor hook up to the trailer while they were inside the trailer. The third material witness stated when they arrived at the location of the tractor-trailer they noticed a white or gray in color tractor in front of the trailer they loaded into. All three material witnesses stated the tractor-trailer did not make any stops until it reached the Laredo North Border Patrol Checkpoint.

**[END]**